# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0939

_____

DARRELL USRY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

April 17, 2019

PER CURIAM.

DISMISSED.

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darrell Usry, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.